B3B (Official Form 3B) (11/11) -- Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:  Tasha Phillips
        Debtor(s)                    Case No.   13-83284

                    Supplemental

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ]  GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X]  DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $ 76.50      on or before  10-24-13
> $ 76.50      on or before  11-22-13
> $ 76.50      on or before  12-23-13
> $ 76.50      on or before  1-22-14
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ]  SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
>                                    (address of courthouse)
>
> IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE:  OCT - 7 2013

BY THE COURT:

United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

RE: **Tasha Phillips,**
    Case No. 13-83284

   I certify that on October 7, 2013 I caused a copy of the attached
**Supplemental Order on Debtor's Application for Waiver of the Chapter
7 Filing Fee** to be served on the following parties via the Court's
electronic notification system or via First Class Mail(*):

Tasha Phillips**
725 E Park St.
Apt. 129
Freeport, IL 61032

Joseph D Olsen
Yalden Olsen & Willette
1318 E State Street
Rockford, IL 61104

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715


_____
**Mimi Kuczynski, Courtroom Deputy**